USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 728 (AT)

DANIEL MARTINEZ,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The status conference scheduled for December 12, 2019 at 1:00 p.m. is hereby RESCHEDULED to **December 12, 2019**, at **2:30 p.m.**

SO ORDERED.

Dated: November 22, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge