USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>1/10/2020</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL MARTINEZ,

               Defendant.

19 Cr. 728 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The hearing scheduled for January 16, 2020, at 2:30 p.m. is hereby RESCHEDULED to **January 16, 2020**, at **2:00 p.m.** The parties shall appear at that time for a change of plea hearing.

      SO ORDERED.

Dated: January 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge