UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020

-against-

19 Cr. 728 (AT)

DANIEL MARTINEZ,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

Defendant's sentencing scheduled for May 19, 2020 at 2:00 p.m. is hereby ADJOURNED to **May 19, 2020**, at **3:00 p.m.** Sentencing in this case will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

SO ORDERED.

Dated: May 12, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge