UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DANIEL MARTINEZ,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2020
```

19 Cr. 728 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Under the terms of Section 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. No. 116-136 (2020), the Judicial Conference of the United States has found that emergency conditions due to the national emergency declared by the President of the United States with respect to COVID-19 have materially affected and will continue to materially affect the functioning of the federal courts, and the Chief Judge of this district has entered an order finding that "felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure . . . cannot be conducted in person without seriously jeopardizing public health and safety," and authorizing such proceedings to be conducted by "video teleconferencing, or telephone conferencing if video conferencing is not reasonably available . . . with the consent of the defendant . . . after consultation with counsel and upon a finding by the presiding judge that the proceeding cannot be further delayed without serious harm to the interests of justice." *In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 1 at 1, 3 (S.D.N.Y. Mar. 30, 2020).

    Defendant's counsel having represented to the Court that Defendant consents to this sentencing being conducted via telephone conference, the Court finds that this proceeding cannot be further delayed without serious harm to the interests of justice because of the range of sentencing options presented to the Court. The Court further finds that video conferencing is not reasonably available. Accordingly, pursuant to Section 15002(b)(2)(A) of the CARES Act, the sentencing shall proceed by telephone conference.

    SO ORDERED.

Dated: May 15, 2020
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge