UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL MARTINEZ,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2020
```

19 Cr. 728 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 19, 2020, the Court entered a final judgment in this case, ECF No. 20, recommending that Defendant serve his sentence at a Bureau of Prisons (the "BOP") facility in or near Los Angeles County, California, in order to facilitate family ties. The Court also recommended that Defendant participate in the Residential Drug Abuse Program ("RDAP") because of his lengthy, untreated addiction to methamphetamine. *Id*. The Court understands that, despite the passage of more than three months since the entry of judgement, Defendant is currently being held at Orange County Jail, awaiting designation and transfer to a BOP facility.

      Accordingly, it is hereby ORDERED that by **September 9, 2020**, the BOP designate and transfer Defendant to a BOP facility, in or near Los Angeles County, California, that offers RDAP.

      SO ORDERED.

Dated: September 1, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge